UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Augustin B.,          Civ. No. 19-296 (ECT/BRT)

    Petitioner,

v.          **ORDER**

Kevin McAleenan, William P. Barr, Peter Berg, and Joel Brott,

    Respondents.

On July 12, 2019, this Court issued a Report and Recommendation that Petitioner's Petition be denied. (Doc. No. 38.) That recommendation was based on the existence of strong evidence that Petitioner would be removed from the United States in the reasonably foreseeable future. The Court now understands that Petitioner was, in fact, removed from the United States on July 30, 2019, by charter flight. (Doc. No. 44, Third Supp. Resp.; Doc. No. 45, Third Decl. of Richard N. Pryd. Jr. ¶ 6.). His Petition is thus moot.

Therefore, **IT IS HEREBY ORDERED** that this Court's July 12, 2019 Report and Recommendation (Doc. No. 38) is **VACATED**.[1]

Date: August 13, 2019

                               *s/ Becky R. Thorson*
                               BECKY R. THORSON
                               United States Magistrate Judge

---

[1] The Order concerning Petitioner's Motion to Appoint Counsel, issued on the same date as and attached to the July 12, 2019 Report and Recommendation, stands and is not affected by the present Order.